LENA C. BUCKLEY, Appellant, *v.* FRANK W. ELSTROTH, Individually and as Administrator of the Estate of GEORGE H. ELSTROTH, Deceased, et al., Respondents.

*Buckley* v. *Elstroth,* 120 App. Div. 885, affirmed.
(Argued January 21, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1907, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial in an action of partition.

*Don Valentine Harwood* for appellant.

*Edgar Whitlock* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.